■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEPERSAUD DEONARAIN, Appellant. [699 NYS2d 290] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 10, 1997 (*People v Deonarain,* 244 AD2d 419), affirming a judgment of the Supreme Court, Kings County, rendered February 27, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Altman and Goldstein, JJ., concur.